512 A.2d 1186

**In the Matter of the ADOPTION OF Codyus ELLINGSEN.**

**Appeal of YORK COUNTY CHILDREN AND YOUTH SERVICES et al.**

Supreme Court of Pennsylvania.

Aug. 7, 1986.

Petition for Allowance of Appeal GRANTED, No. 35 M.D. Appeal Docket 1986.